UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 95-377 |
| TERRENCE MILLSAPS | SECTION "S" (4) |

### ORDER AND REASONS

Defendant Terrence Millsaps *pro se* has filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (Document 564).  **IT IS ORDERED** that Millsaps' motion is **DENIED**.

§ 3582(c)(2) provides that a court may modify a term of imprisonment if a defendant has been sentenced under "a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant."  Millsaps argues that Amendment 506 to the sentencing guidelines subsequently lowered his sentencing range, but this amendment was effective on November 1, 1994, over two years before Millsaps was sentenced, and was taken into consideration by the court in determining Millsaps' sentence.  Millsaps' other arguments are "not cognizable under § 3582(c)(2), which only applies to retroactive guideline amendments."  *United States v. Shaw*, 30

1

F.3d 26, 29 (5th Cir. 1994).

New Orleans, Louisiana this 2nd day of June, 2006.

_____
**Mary Ann Vial Lemmon**
**United States District Judge**