UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                                  **CRIMINAL ACTION**

**VERSUS**                                                    **NO: 95-377**

**TERRENCE MILLSAPS**                                         **SECTION: "S" (4)**

ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant's **Motion to Reconsider** (Rec. Doc. 787) is **GRANTED**;

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for further proceedings.

Defendant herein filed a Notice of Inquiry (Rec. Doc. 766) on November 25, 2019 that was construed as a motion to appoint counsel and referred to the criminal duty magistrate. The magistrate ordered defendant to complete and return a financial affidavit and related forms in order for his motion to be considered. After granting an extension until February 19, 2020 for the filing of the forms, on April 24, 2020, the magistrate judge denied the motion for failure to comply with that order.

The instant Motion to Reconsider recites that defendant has been having trouble receiving legal mail, resulting in a delay in submitting the financial forms. The forms have now been submitted to the court. Accordingly,

**IT IS HEREBY ORDERED** that defendant's **Motion to Reconsider** (Rec. Doc. 787) is **GRANTED**, and the order of April 24, 2020 (Rec. Doc. 786) denying defendant's motion for

failure to comply with the court's order directing him to complete a financial affidavit and related forms is **VACATED**;

  **IT IS FURTHER ORDERED** that this matter is referred to the magistrate judge for further proceedings.

  New Orleans, Louisiana, this   29th   day of May, 2020.

           _____
           **MARY ANN VIAL LEMMON**
          **UNITED STATES DISTRICT JUDGE**