UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO:  95-377** |
| **TERENCE MILLSAPS** | **SECTION: "S" (4)** |

## ORDER AND REASONS

Before the court is a "**Motion to Consider Waiving Previous Court Obligation Due Movant's Hardship**" (Rec. Doc. 816), filed by the defendant. In the motion, defendant seeks a waiver of the fine that was imposed upon him as part of his sentence in the court's Judgment and Commitment Order. Rec. Doc. 234.

"[A] sentence to pay a fine is a final judgment for all purposes. . . ." United States v. Allison, 62 F.3d 394 (5th Cir. 1995). It can be modified under the limited circumstances set forth under 18 U.S.C. § 3572. Id. Under that provision, a fine may be modified if the United States files a post-judgment petition for remission of fine principal and interest for inability to pay; under Federal rule of Criminal Procedure 35 to correct arithmetical, technical, or other clear error allowed within 14 days of the judgment; or under 18 U.S.C. § 3742, which provides for an appeal of a criminal judgment. 18 U.S.C. § 3572(c). None of these circumstances are present in the instant case, and the court thus lacks jurisdiction to grant the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that defendant's "**Motion to Consider Waiving Previous Court Obligation Due Movant's Hardship**" (Rec. Doc. 816) is **DENIED**.

New Orleans, Louisiana, this   17th   day of December, 2021.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**