UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 95-377** |
| **TERRENCE MILLSAPS** | **SECTION: "S"** |

ORDER AND REASONS

Before the court is Terrence Millsaps' **Motion for Reduction of Sentence and for Appointment of Counsel**. Rec. Doc. 832. The motion recites that relief is sought based upon "United States Sentencing Commission new 2023 laws" related to career offenders, but does not reference any facts of defendant's case that justify a reduction or even what specific provision he believes would afford him relief. Accordingly, as presented, there is no basis for the court to grant the requested relief. The court also notes that in connection with defendant's previous motion for reduction pursuant to 18 U.S.C. §3582(c), it determined that the factors set forth in 18 U.S.C. 3553(a) weighed against a reduction. See Rec. Doc. 813. The court specifically found that Millsaps' extensive criminal history and multiple disciplinary infractions while incarcerated, as well as his inmate profile reflecting that he has a high risk of recidivism, established that compassionate release would not adequately protect the public from the defendant. Thus, on the record before the court, the instant motion must be denied.

With respect to Millsaps' request for appointment of counsel, there is no general constitutional right to appointed counsel in post-conviction proceedings. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987). The appointment of counsel is required only if an evidentiary

hearing is held. United States v. Vasquez, 7 F.3d 81, 83 (5th Cir. 1993). An appointment may be made in connection with certain ancillary matters under 18 U.S.C. § 3006A(c), and, at the court's discretion, under 18 U.S.C. § 3006A(2)(b) for indigent individuals seeking relief under 28 U.S.C. §§ 2241, 2254, or 2255 when "the interests of justice so require." However, defendant has not invoked any of those provisions, nor do they appear to apply to this case.

Accordingly,

**IT IS HEREBY ORDERED** that Terrence Millsaps' **Motion for Reduction of Sentence and for Appointment of Counsel**. Rec. Doc. 832 is **DENIED**.

New Orleans, Louisiana, this   7th   day of December, 2023.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**